Keith CAMPBELL, Plaintiff–Appellant

v.

SOCIAL SECURITY ADMINISTRA-TION; William A. Halter, Acting Commissioner of Social Security; Michael J. Astrue, Commissioner of Social Security; Secretary Health and Human Services, Defendants–Appellees.

No. 06–10597

Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Oct. 24, 2007.

Keith Campbell, Amarillo, TX, pro se.

Stephen P. Fahey, U.S. Attorney's Office, Northern District of Texas, Dallas, TX, for Defendant–Appellee, Jo Anne B. Barnhart, Commissioner of Social Security.

Before JOLLY, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM: *

■ Keith Campbell, Texas prisoner # 1219880, has filed a motion for leave to proceed in forma pauperis (IFP) on appeal. The district court denied Campbell's IFP motion and certified that the appeal was not taken in good faith. By moving for IFP status, Campbell is challenging the district court's certification. *See* *Baugh v. Taylor,* 117 F.3d 197, 202 (5th Cir.1997).

Aside from conclusional allegations, Campbell does not challenge the district court's analysis or its determination that he failed to present an arguable or non-frivolous issue for appeal. Therefore,

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

these issues are deemed abandoned. *See Brinkmann v. Dallas County Deputy Sheriff Abner,* 813 F.2d 744, 748 (5th Cir. 1987).

Campbell has not shown that the district court's certification was incorrect. The instant appeal is without arguable merit and is thus frivolous. Accordingly, Campbell's request for IFP status is denied, and his appeal is dismissed as frivolous. *See Howard v. King,* 707 F.2d 215, 219–20 (5th Cir.1983); 5TH CIR. R. 42.2. Campbell's motion for the appointment of counsel on appeal is also denied.

■ On May 21, 2007, this court barred ·Campbell, pursuant to 28 U.S.C. § 1915(g), from proceeding IFP in any civil action or appeal brought while he is incarcerated or detained in any facility unless he is under imminent danger of serious physical injury. *Campbell v. Bear,* 229 Fed.Appx. 291 (5th Cir.2007) (unpublished); *Campbell v. Pace Setter Personnel,* 229 Fed.Appx. 290 (5th Cir.2007) (unpublished). This court also warned Campbell that any future frivolous or repetitive filings in this court or any court subject to this court's jurisdiction would subject him to additional sanctions as would the failure to withdraw any pending matters that are frivolous. *Id.* Despite this court's warning, Campbell persists in the prosecution of the instant frivolous appeal. Therefore, Campbell is ordered to pay sanctions in the amount of $100, payable to the clerk of this court. The clerk of this court and the clerks of all federal district courts within this circuit are directed to refuse to file any civil complaint or appeal by Campbell unless Campbell submits proof of satisfaction of this sanction. If Campbell attempts to file any further notices of appeal or original proceedings in this court without such proof the clerk will docket them for administrative purposes only. Any other submissions which do not show proof that the sanction has been paid will be neither addressed nor acknowledged.

MOTIONS DENIED; APPEAL DISMISSED; SANCTION IMPOSED.